IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LOUIE A. ROBINSON                                                         PLAINTIFF

VS.                                       CIVIL ACTION NO.: 3:15-CV-100-TSL-RHW

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
AND DON HERBERT HENSEL, INDIVIDUALLY                    DEFENDANTS

_____

NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION
_____

To:   **All Counsel of Record**

Notice is hereby given that, on the date entered below, counsel for the Defendants The Prudential Insurance Company of America and Don Herbert Hensel disclosed to counsel for the Plaintiff, Louie A. Robinson, the information required by L.U.Civ.R. 26(a).

                Respectfully submitted,

                s/Barbara C. Wallace
                BARBARA CHILDS WALLACE (MB#6728)
                bcw@wisecarter.com
                MARK P. CARAWAY (MB#5860)
                mpc@wisecarter.com

                ATTORNEYS FOR THE DEFENDANTS

**OF COUNSEL:**

WISE CARTER CHILD & CARAWAY
P.O. Box 651 (39205)
401 E. Capitol Street, Suite 600 (39201)
Jackson, Mississippi
Phone: 601-968-5500
Facsimile: 601-968-5519

1

SEYFARTH SHAW LLP
Lorie E. Almon (pro hac vice)
Nadia S. Bandukda (pro hac vice)
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Fax: (212) 218-5526
lalmon@seyfarth.com

**CERTIFICATE OF SERVICE**

    I, Barbara C. Wallace, attorney for the Defendants, do hereby certify that on May 7, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Louis H. Watson, Jr.
>Nick Norris
>WATSON & NORRIS, PLLC
>1880 Lakeland Drive
>Jackson, Mississippi 39216-4972
>louis@watsonnorris.com
>nick@watsonnorris.com
>
>ATTORNEYS FOR THE PLAINTIFF

                                      By: s/Barbara C. Wallace
                                      BARBARA CHILDS WALLACE